JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-3147 PSG (SSx) | Date | June 25, 2015 |
|---|---|---|---|
| Title | Michael H. Kane v. Travelers Property Casualty Insurance Company | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):**   Order GRANTING *Ex Parte* Application and DISMISSING Case With Prejudice

Before the Court is Defendant Travelers Property Casualty Insurance Company's ("Defendant") *ex parte* application to dismiss with prejudice pursuant to the parties' settlement agreement.  *See* Dkt. # 66.  On May 6, 2015, the parties executed a final settlement agreement. *See McElvain Decl.* ¶ 10.  The Court concludes that Defendant has complied with the settlement agreement and dismissal of the case with prejudice is warranted.  It is appropriate to provide this relief on an *ex parte* basis because Plaintiff Michael H. Kane refuses to dismiss the case pursuant to the agreement and the trial is less than one month away, set for July 21, 2015.  *See* Dkt. # 38.

Accordingly, the Court DISMISSES the case WITH PREJUDICE.

**IT IS SO ORDERED.**